IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAWN HOLLOWAY | : | CIVIL ACTION |
| v. | : | |
| JOHN WETZEL, et al. | : | NO. 18-4829 |

## ORDER

AND NOW, this 14th day of November, 2019, upon careful and independent consideration of the pleadings and record herein, and after review of the Report and Recommendation of Thomas J. Rueter, United States Magistrate Judge, it is hereby

## ORDERED

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The petition for writ of habeas corpus is **DENIED**;

3. A certificate of appealability is not granted.

BY THE COURT:

WENDY BEETLESTONE, J.